Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11565−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Vincent Ordini
22 Sherbrooke Road
Trenton, NJ 08638

Sara Bernice Ordini
fka Sara Bernice Schneider
22 Sherbrooke Road
Trenton, NJ 08638

Social Security No.:
xxx−xx−8365

xxx−xx−6635

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 30, 2019

Christine M. Gravelle
Judge, United States Bankruptcy Court